AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TYLER LESLIE MARSHAL,

    *Plaintiff*

v.

T. MAITLAND,

    *Defendant*

Civil Action No. 2:23-CV-00257-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 08, 2023**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the order at ECF No. 7, This action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee under 28 U.S.C. § 1914 or to comply with the in forma pauperis requirements of 28 U.S.C. § 1915.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion for

Date: 11/8/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
    *(By) Deputy Clerk*

Nicole Cruz